880

No. 352, Misc. THOMPSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner pro se. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 378, Misc. SCARNATO v. NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 383, Misc. SAVAGE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Edward Q. Carr, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 393, Misc. RICHER v. MINNESOTA. Supreme Court of Minnesota. Certiorari denied.

No. 394, Misc. DIPAOLO v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 398, Misc. CARPENTER v. SHUTZER, STATE HOSPITAL DIRECTOR. C. A. 2d Cir. Certiorari denied.

No. 399, Misc. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *William M. Howard* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 403, Misc. ARNOLD v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Edward Q. Carr, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.